Tr. Ct No 12-00472-CRF-272
COA No: 10-13-00430-CR
PD-0129-15

Granted
4-20-15

Motion for Extension of Time
to file Motion for Rehearing (Rule 49.8)

FILED IN
COURT OF CRIMINAL APPEALS
APR 17 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 17 2015
Abel Acosta, Clerk

To This Honorable Court

Comes Now Quincy Butler pro se requesting
for extension of time to file A Motion
for Rehearing under (Rule 49.8) and TRAP 10.5.
1) Movant would show the following that he recieved
a white card saying PDR was refused on 4-1-15.
2) Movant would also show that he is presently
incarcerated At Eastham Unit / 2665 Prison Rd 1
Lovelady, Tx 75851 and he just received the
white card 4-14-15, and movant requests for 20 days.
    Wherefore movant prays that this request for extension
of time is granted.

Respectfully Submitted
Quincy Butler #01899541
2665 Prison Rd 1
Lovelady, Tx 75851

Certificate of Service

    I certify that a true copy of this Motion for Extension
of time to file a Motion for Rehearing was served
to the Clerk of the Court of Criminal Appeals by U.S mail
to P.O Box 12308 Capitol Station, Austin Tx 78711